■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN SMALLS, Appellant. [849 NYS2d 790]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (McKay, J.), rendered January 18, 2006, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

The defendant's contention that a gun should have been suppressed because he allegedly was subjected to an unreasonable search and detention is without merit (*see People v Chestnut,* 51 NY2d 14, 22-23 [1980], *cert denied* 449 US 1018 [1980]; *People v Winchester,* 14 AD3d 939, 940-941 [2005]; *People v Bethea,* 239 AD2d 510 [1997]; *Matter of Anthony S.,* 181 AD2d 682 [1992]).

The defendant's remaining contentions are without merit (*see People v Smith*, 4 AD3d 378, 379 [2004]; *People v McClary*, 197 AD2d 640, 641 [1993]; *People v Foster*, 118 AD2d 654 [1986]; *People v Jones*, 106 AD2d 585 [1984]). Mastro, J.P., Fisher, Carni and McCarthy, JJ., concur.